cal\_\_\_\_\_

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL TOALSON, an Individual, et al., | ) | Civil No.04cv0250 LAB (AJB) |
| Plaintiff, | ) | |
| v. | ) | ORDER FOLLOWING SETTLEMENT |
| | ) | DISPOSITION CONFERENCE |
| ANTHONY R.W. DESIO aka TONY DESIO, an Individual, et al., | ) | |
| Defendants. | ) | |

On September 8, 2006, the Court convened a Settlement Disposition Conference in the above entitled action. Appearing were Tom Agawa, Esq. on behalf of plaintiff and Blaine Roberts appearing pro se.

The parties continue to discuss the terms of what has become a very complex settlement agreement. The plaintiff has made all the concessions it feels it can, and Mr. Roberts must now decide if he will take or leave the settlement in this form. Accordingly, the Court schedules a Case Management Conference for *September 26, 2006 at 2:30 p.m.* If settlement cannot proceed, then the Court will set the case back on the active calendar for trial as soon as possible.

IT IS SO ORDERED.
DATED: September 8, 2006

 Hon. Anthony J. Battaglia
 U.S. Magistrate Judge
 United States District Court

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28