ORIGINAL

Thomas K. Agawa (Cal. State Bar No. 175952)
LAW OFFICE OF THOMAS K. AGAWA
3790 Florida St., #A109
San Diego, CA 92104
Tel: (619) 497-0785/ Fax: (413) 410-8267

Attorneys for Plaintiffs

THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TOALSON, an individual; ART AUGHEY, an individual; JAMES BEAN, an individual; BECKY BURKE, an individual; KATHY KAPLAN, an individual; JOEL KAPLAN, an individual; MARIANNE HEBENSTREIT, an individual; LARRY ROGOSCH, an individual; TAMARACK WEST, LLC, a Montana Limited Liability Company as successor-in-interest to RAYMOND W. WAHLERT and STANLEY D. WAHLERT,<br><br>    Plaintiffs,<br><br>v.<br><br>ANTHONY R.W. DESIO aka TONY DESIO, an individual; BLAINE ROBERTS aka BLAINE MONTGOMERY ROBERTS, an individual; VICTOR DESIO, an individual; ALONZO BOTTA, an individual; ANTHONY R.W. DESIO, as Trustee of the DESIO TRUST; BLAINE ROBERTS, as Trustee of the NORMAN C. ROBERTS TRUST; and, DONN JACOBSSEN, an individual,<br><br>    Defendants. | Case No. 04CV0250 J (AJB) LAB<br><br>[Proposed]<br>**STIPULATION & ORDER:**<br>**(1) DISMISSING ACTION WITH COURT TO RETAIN JURISDICTION TO ENFORCE SETTLEMENT;**<br>**(2) TRANSFERRING CASE TO U.S. MAGISTRATE JUDGE ANTHONY J. BATTAGLIA**<br><br>Hearing:      [To Be Determined]<br>Time:         [To Be Determined]<br>Courtroom:  A, Edward J. Schwartz Courthouse, 940 Front Street San Diego, CA 92101-8900. |

ORDER: (1) DISMISSING ACTION WITH COURT TO RETAIN JURISDICTION TO ENFORCE SETTLEMENT; (2) TRANSFERRING CASE TO U.S. MAGISTRATE JUDGE ANTHONY J. BATTAGLIA

- 1 -

Case No. 04CV0250 J (AJB)

C:\My X Files\T101.002\Privileged\p order_dismissal.wpd

## STIPULATION

The parties herein, by and through their counsel of record in propia persona, hereby stipulate to the following:

1. The only parties to this action are plaintiffs MICHAEL TOALSON, ART AUGHEY, JAMES BEAN, BECKY BURKE, KATHY KAPLAN, JOEL KAPLAN, MARIANNE HEBENSTREIT, LARRY ROGOSCH and TAMARACK WEST, LLC (as successor-in-interest to RAY WAHLERT) (collectively "Plaintiffs") and BLAINE ROBERTS, an individual ("Defendant"). All other parties have been dismissed.

2. Plaintiffs and Defendant have entered into a settlement requiring Defendant to make payments in the aggregate of $18,000.00 within a 5 year period.

3. This case is hereby transferred to Magistrate Judge Anthony J. Battaglia for any further proceedings.

4. This action is hereby dismissed with the Court to retain jurisdiction to enforce the terms of the settlement and/or any further proceeding in this action.

SO STIPULATED.

DATED: OCT. 20, 2006

LAW OFFICE OF THOMAS K. AGAWA

By _____
THOMAS K. AGAWA
Attorneys for Plaintiffs

\\\

ORDER: (1) DISMISSING ACTION WITH COURT TO RETAIN JURISDICTION TO ENFORCE SETTLEMENT; (2) TRANSFERRING CASE TO U.S. MAGISTRATE JUDGE ANTHONY J. BATTAGLIA   - 2 -

Case No. 04CV0250 J (AJB)
C:\My X Files\T101.002\Privileged\p order_dismissal.wpd

DATED: ~~August~~ Oct 16, 200~~5~~6

By /s/ BLAINE ROBERTS
BLAINE ROBERTS
Defendant in Propria Persona

### ORDER

GOOD CAUSE appearing therefore, IT ORDERED that:

1. This case is hereby transferred to Magistrate Judge Anthony J. Battaglia in Courtroom A of the U.S. District Court for the Southern District of California for any further proceedings.

2. This action is hereby dismissed with the Court to retain jurisdiction to enforce the terms of the settlement and/or any further proceeding in this action.

**IT IS SO ORDERED.**

DATED: 11-14-06     By /s/ Larry A. Burns
**LARRY ALAN BURNS
U.S. DISTRICT JUDGE**
Judge/~~Magistrate~~ for the U.S. District Court for the Southern District of California

ORDER: (1) DISMISSING ACTION WITH COURT TO RETAIN JURISDICTION TO ENFORCE SETTLEMENT; (2) TRANSFERRING CASE TO U.S. MAGISTRATE JUDGE ANTHONY J. BATTAGLIA  - 3 -

Case No. 04CV0250 J (AJB)

C:\My X Files\T101.002\Privileged\p order_dismissal.wpd

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 3790 Florida St., #A109, San Diego, California 92104.

On November 1, 2006, I served the foregoing documents pursuant to Fed. R. Civ. P. 4(e) and Nev. Rev. Stat. 14.090 which are described as **STIPULATION & ORDER: (1) DISMISSING ACTION WITH COURT TO RETAIN JURISDICTION TO ENFORCE SETTLEMENT; (2) TRANSFERRING CASE TO U.S. MAGISTRATE JUDGE ANTHONY J. BATTAGLIA** upon defendant ANTHONY R.W. DESIO, as Trustee of the DESIO TRUST in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

<u>Defendant In Propria Persona</u>
Blaine Roberts
1722 S. Pacific St. #B
Oceanside, CA 92054

**VIA U.S. MAIL – PREPAID FIRST CLASS**

I served the parties below with the envelope for collection and mailing following ordinary practices. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing with the United States Postal Service. Under that practice it would be deposited with the United States Postal Service on that same day with postage fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in this declaration.

Executed on November 1, 2006, at San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*/s/ Thomas K. Agawa*

Thomas K. Agawa, Esq.