ORIGINAL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TOALSON, an Individual, et al., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANTHONY R.W. DESIO aka TONY DESIO, ) <br> an Individual, et al., ) <br> ) <br> Defendants. ) <br> _____) | Civil No. 04cv0250 LAB (AJB) <br><br> CONSENT TO PROCEED BEFORE <br> MAGISTRATE JUDGE ANTHONY J. <br> BATTAGLIA |

In accordance with the provisions of 28 U.S.C. § 636(c), the parties to the above-captioned case hereby waive their right to proceed before a United States District Judge and consent to have United States Magistrate Judge Anthony J. Battaglia conduct any and all further proceedings in the case, including the trial and order for the entry of judgment.

_Blaine Roberts  Oct 6 '06  Defendant in propria_

_Thomas K. [signature]_   OCT. 20, 2006
ATTORNEY FOR PLAINTIFFS

IT IS SO ORDERED: 11-14-06

_Larry A. [signature]_
United States District Court Judge

NOTE: Return this form to the Clerk of Court only if it has been executed by all parties to the case.

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 3790 Florida St., #A109, San Diego, California 92104.

On November 1, 2006, I served the foregoing documents pursuant to Fed. R. Civ. P. 4(e) and Nev. Rev. Stat. 14.090 which are described as **CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE ANTHONY J. BATTAGLIA** upon defendant ANTHONY R.W. DESIO, as Trustee of the DESIO TRUST in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

<u>Defendant In Propria Persona</u>
Blaine Roberts
1722 S. Pacific St. #B
Oceanside, CA 92054


**VIA U.S. MAIL – PREPAID FIRST CLASS**

I served the parties below with the envelope for collection and mailing following ordinary practices. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing with the United States Postal Service. Under that practice it would be deposited with the United States Postal Service on that same day with postage fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in this declaration.

Executed on November 1, 2006, at San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*/s/ Thomas K. Agawa*

Thomas K. Agawa, Esq.